No. D–119. In re Disbarment of Sugar. It is ordered that Manuel Jerome Sugar, of Olympia Fields, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–120. In re Disbarment of Boznos. It is ordered that Peter William Boznos, of Pompano Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–5174. Murry v. United States. C. A. 6th Cir. Motion of petitioner to consolidate with Nos. 76–5761 and 76–5796, Simpson v. United States [certiorari granted, 430 U. S. 964], for oral argument denied.

No. 75–1771. Commissioner of Internal Revenue v. Standard Life & Accident Insurance Co., 433 U. S. 148. Motion to retax costs granted. Mr. Justice Stewart took no part in the consideration or decision of this motion.

No. 76–811. Regents of the University of California v. Bakke. Sup. Ct. Cal. [Certiorari granted, 429 U. S. 1090.] Motion of Members of the Congressional Black Caucus et al. for leave to file a brief as amici curiae denied. Each party to this cause is directed to file within 30 days a supplemental brief discussing Title VI of the Civil Rights Act of 1964 as it applies to this case.

No. 76–1143. Marshall, Secretary of Labor, et al. v. Barlow's, Inc. Appeal from D. C. Idaho. [Probable jurisdiction noted, 430 U. S. 964.] Motion of Mountain States Legal Foundation for leave to file a brief as amicus curiae granted.